THE PEOPLE ex rel. BENJAMIN BREWSTER et al., as Executors, etc., Respondents, *v.* THE COMMISSIONERS OF TAXES AND ASSESSMENTS OF THE CITY OF NEW YORK, Appellant.

(Argued January 14, 1895; decided January 29, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 14, 1894, which affirmed an order of Special Term vacating an assessment on the relator's personal property for the year 1891.

*David J. Dean* for appellant.

*Horace E. Deming* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

JOHN W. MACY, as Trustee, etc., Appellant, *v.* DAVID T. WILLIAMS, et al., as Executors, etc., Respondents.

(Argued January 14, 1895; decided January 29, 1895.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 11, 1894, which affirmed an order of Special Term granting an extra allowance to the defendants.

*Charles N. Judson* for appellant.

*W. W. Buckley* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.